1  Thomas E. Campagne #065375
   Mary F. Lerner #235951
2  Campagne, Campagne & Lerner
   A Professional Corporation
3  Airport Office Center
   1685 North Helm Avenue
4  Fresno, California  93727
   Telephone:  (559) 255-1637
5  Facsimile: (559) 252-9617

6  Attorneys for Defendant Mai Huynh Luong dba May's Café Food To Go

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| RONALD MOORE, | ) Case No. 1:12-CV-00560-LJO-GSA |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** |
| | ) **FOR EXTENSION TO RESPOND** |
| vs. | ) **TO COMPLAINT** |
| MAI HUYNH LUONG dba MAY'S CAFÉ FOOD TO GO | ) |
| Defendants. | ) |

CAMPAGNE, CAMPAGNE & LERNER
A PROF. CORP.
AIRPORT OFFICE CENTER
1685 NORTH HELM AVENUE
FRESNO, CALIFORNIA 93727
**TELEPHONE (559) 255-1637**
FAX (559) 252-9617

STIPULATION AND ORDER FOR EXTENSION TO RESPOND TO COMPLAINT

The undersigned counsel for Plaintiff and counsel for Defendant Mai Huynh Luong dba May's Café Food To Go, hereby stipulate to a 28-day extension of time for Defendant to respond to the Complaint herein, through and including June 11, 2012.

Dated:  May 10, 2012          Campagne, Campagne & Lerner
                              A Professional Corporation


                              By  /s/ MARY F. LERNER
                                  Mary F. Lerner
                              Attorneys for Defendant Mai Huynh Luong
                              dba May's Café Food To Go


Dated:  May 10, 2012          Moore Law Firm


                              By  /s/ TANYA E. MOORE
                                  Tanya E. Moore
                              Attorneys for Plaintiff Ronald Moore


### **ORDER**

Based upon the foregoing stipulation, it is hereby ordered that Defendant Mai Huynh Luong dba May's Café Food To Go Cuisine's response to the Complaint herein is due on or before June 11, 2012.

IT IS SO ORDERED.

   Dated:  **May 11, 2012**                **/s/ Gary S. Austin**
                                           UNITED STATES MAGISTRATE JUDGE

CAMPAGNE, CAMPAGNE & LERNER
A PROF. CORP.
AIRPORT OFFICE CENTER
1685 NORTH HELM AVENUE
FRESNO, CALIFORNIA 93727
TELEPHONE (559) 255-1637
FAX (559) 252-9617

STIPULATION AND ORDER FOR EXTENSION TO RESPOND TO COMPLAINT          Page 1