1 | Thomas C. Brodersen #128411
Russell P. Burke #249581
**WILLIAMS, JORDAN, BRODERSEN & PRITCHETT LLP**
2222 West Main Street
Visalia, California 93291
Telephone: (559) 635-9000
Facsimile: (559) 635-9085
*E-mail: brodersen@wjbplawyers.com*
*russell@wjbplawyers.com*

Attorneys for Defendants Charlie & Lee, Inc., dba Sunshine Food Mart aka Sunshine Foods; Binh Hoa Mac and Xing Wang Lai dba Fresno Seafood Co., Charlie Lao and Lee Wou

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>          Plaintiff,<br><br>     vs.<br><br>CHARLIE & LEE, INC., dba SUNSHINE FOOD MART aka SUNSHINE FOODS; MAI HUYNH LUONG dba MAY'S CAFÉ FOOD TO GO; BINH HOA MAC and XING WANG LAI dba FRESNO SEAFOOD CO.; CHARLIE LAO, LEE WOU,<br><br>          Defendants. | Case No.:   1:12-cv-00560-LJO-GSA<br><br>**STIPULATION AND ORDER TO CONTINUE DEFENDANTS CHARLIE & LEE, INC.'s, DBA SUNSHINE FOOD MART AKA SUNSHINE FOODS; BINH HOA MAC'S AND XING WANG LAI'S DBA FRESNO SEAFOOD CO., CHARLIE LAO'S AND LEE WOU'S DEADLINE TO RESPOND TO COMPLAINT** |

WHEREAS:

1. Plaintiff Ronald Moore filed this action on April 10, 2012

2. This is Defendant Charlie & Lee, Inc.'s, dba Sunshine Food Mart aka Sunshine Foods; Binh Hoa Mac's and Xing Wang Lai's dba Fresno Seafood Co., Charlie

1

Stipulation and Order To Continue Defendants Charlie & Lee, Inc.'s, dba Sunshine Food Mart aka Sunshine Foods; Binh Hoa Mac's and Xing Wang Lai's dba Fresno Seafood Co., Charlie Lao's and Lee Wou's Deadline to Respond to Complaint

1 Lao's and Lee Wou's (collectively referred to as "Defendants") second request for an
2 extension of time.  A previous extension of time was granted by the plaintiff within the
3 statutory allowance; thus, court approval is required for a further extension of time.

4     3.    Plaintiff and Defendants are in settlement negotiations at this time.

5     4.    Plaintiff has sent to Defendants a proposed settlement agreement containing
6 monetary and equitable demands for Defendants' review to settle this case.

7     5.    Parties agree that settlement of this case would save valuable court time and
8 resources.

9     6.    The parties have agreed to extend Defendants time to respond to the
10 complaint until June 15, 2012 subject to the court's approval.

11 NOW THEREFORE, Defendants Charlie & Lee, Inc., dba Sunshine Food Mart aka
12 Sunshine Foods; Binh Hoa Mac and Xing Wang Lai dba Fresno Seafood Co., Charlie Lao
13 and Lee Wou through their attorneys, and Plaintiff Ronald Moore, through his attorneys,
14 hereby stipulate and agree that the time for Charlie & Lee, Inc., dba Sunshine Food Mart
15 aka Sunshine Foods; Binh Hoa Mac and Xing Wang Lai dba Fresno Seafood Co., Charlie
16 Lao and Lee Wou to answer or otherwise respond to the Complaint shall be extended up to
17 and including June 15, 2012 pending court approval.

18 DATED: June 5, 2012

19 **MOORE LAW FIRM, P.C.**

20
21 By _____/s/_____
    Tanya E. Moore,
    Attorneys for Plaintiff
22     Ronald Moore

Williams, Jordan, Brodersen & Pritchett LLP
2222 West Main Street
Visalia, CA 93291

DATED: June 5, 2012

**WILLIAMS, JORDAN, BRODERSEN & PRITCHETT LLP**

By _____/s/_____
    Russell P. Burke
    Attorneys for Charlie & Lee, Inc.,
    dba Sunshine Food Mart aka Sunshine Foods;
    Binh Hoa Mac and Xing Wang Lai
    dba Fresno Seafood Co.,
    Charlie Lao and Lee Wou

IT IS SO ORDERED.

Dated: **June 6, 2012**              **/s/ Gary S. Austin**
                                      UNITED STATES MAGISTRATE JUDGE

3

Stipulation and Order To Continue Defendants Charlie & Lee, Inc.'s, dba Sunshine Food Mart aka Sunshine Foods; Binh Hoa Mac's and Xing Wang Lai's dba Fresno Seafood Co., Charlie Lao's and Lee Wou's Deadline to Respond to Complaint