1  Thomas E. Campagne #065375
   Mary F. Lerner #235951
2  Campagne, Campagne & Lerner
   A Professional Corporation
3  Airport Office Center
   1685 North Helm Avenue
4  Fresno, California 93727
   Telephone: (559) 255-1637
5  Facsimile: (559) 252-9617

6  Attorneys for Defendant Mai Huynh Luong dba May's Café Food To Go

7

8              **UNITED STATES DISTRICT COURT**

9             **EASTERN DISTRICT OF CALIFORNIA**

10 RONALD MOORE,                    ) Case No. 1:12-CV-00560-LJO-GSA
                                    )
11              Plaintiff,          ) **SECOND STIPULATION FOR**
                                    ) **EXTENSION OF TIME TO RESPOND**
12      vs.                         ) **TO COMPLAINT**
                                    )
13 MAI  HUYNH  LUONG  dba  MAY'S    )
   CAFÉ FOOD TO GO                  )
14                                  )
                Defendants.         )
15 _____ )

16

17

18

19

20

21

22

23

24

25

26

27

28

CAMPAGNE, CAMPAGNE & LERNER
A PROF. CORP.
AIRPORT OFFICE CENTER
1685 NORTH HELM AVENUE
FRESNO, CALIFORNIA 93727
TELEPHONE (559) 255-1637
FAX (559) 252-9617

**SECOND STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

1    The undersigned counsel for Plaintiff and counsel for Defendant Mai Huynh Luong

2  dba May's Café Food To Go, hereby stipulate to an additional extension of time for

3  Defendant to respond to the Complaint herein, through and including June 29, 2012.

4    The parties are actively involved in settlement negotiations.  This further extension

5  is needed to allow for continued discussion concerning means of resolution of alleged

6  ADA violations.

7  Dated:  June 11, 2012                    Campagne, Campagne & Lerner
                                                         A Professional Corporation
8

9                                                     By  /s/Mary F. Lerner_____

10                                                     Mary F. Lerner
                                                      Attorneys for Defendant Mai Huynh Luong
11                                                     dba May's Café Food To Go

12
   Dated:  June 11, 2012                    Moore Law Firm, P.C.
13

14                                                     By  /s/ Tanya E. Moore_____

15                                                      Tanya E. Moore
                                                      Attorneys for Plaintiff Ronald Moore
16

17                                                  **ORDER**

18    Based upon the foregoing stipulation, it is hereby ordered that Defendant Mai

19  Huynh Luong dba May's Café Food To Go Cuisine's response to the Complaint herein is

20  due on or before June 29, 2012.

21

22

23

24

25  IT IS SO ORDERED.

26
      Dated:   **June 12, 2012**              _____/s/ Gary S. Austin_____
27                                                      UNITED STATES MAGISTRATE JUDGE

28

CAMPAGNE, CAMPAGNE & LERNER
A PROF. CORP.
AIRPORT OFFICE CENTER
1685 NORTH HELM AVENUE
FRESNO, CALIFORNIA 93727
TELEPHONE (559) 255-1637
FAX (559) 252-9617

**SECOND STIPULATION FOR EXTENSION OF TIME TO
RESPOND TO COMPLAINT**                                    Page 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

T.E. CAMPAGNE & ASSOC.
A PROF. CORP.
AIRPORT OFFICE CENTER
1685 NORTH HELM AVENUE
FRESNO, CALIFORNIA 93727
TELEPHONE (559) 255-1637
FAX (559) 252-9617

**SECOND STIPULATION FOR EXTENSION OF TIME TO
RESPOND TO COMPLAINT**