Thomas E. Campagne #065375
Mary F. Lerner #235951
Campagne, Campagne & Lerner
A Professional Corporation
Airport Office Center
1685 North Helm Avenue
Fresno, California  93727
Telephone:  (559) 255-1637
Facsimile: (559) 252-9617

Attorneys for Defendant Mai Huynh Luong dba May's Café Food To Go

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| RONALD MOORE, | ) Case No. 1:12-CV-00560-LJO-GSA |
|---|---|
| Plaintiff, | ) **SECOND STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| vs. | |
| MAI HUYNH LUONG dba MAY'S CAFÉ FOOD TO GO | |
| Defendants. | |

CAMPAGNE, CAMPAGNE & LERNER
A PROF. CORP.
AIRPORT OFFICE CENTER
1685 NORTH HELM AVENUE
FRESNO, CALIFORNIA 93727
TELEPHONE (559) 255-1637
FAX (559) 252-9617

SECOND STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

The undersigned counsel for Plaintiff and counsel for Defendant Mai Huynh Luong dba May's Café Food To Go, hereby stipulate to an additional extension of time for Defendant to respond to the Complaint herein, through and including June 29, 2012.

The parties are actively involved in settlement negotiations. This further extension is needed to allow for continued discussion concerning means of resolution of alleged ADA violations.

Dated: June 11, 2012            Campagne, Campagne & Lerner
                                A Professional Corporation


                                By  /s/Mary F. Lerner
                                    Mary F. Lerner
                                Attorneys for Defendant Mai Huynh Luong
                                dba May's Café Food To Go


Dated: June 11, 2012            Moore Law Firm, P.C.


                                By  /s/ Tanya E. Moore
                                    Tanya E. Moore
                                Attorneys for Plaintiff Ronald Moore


### ORDER

Based upon the foregoing stipulation, it is hereby ordered that Defendant Mai Huynh Luong dba May's Café Food To Go Cuisine's response to the Complaint herein is due on or before June 29, 2012.

IT IS SO ORDERED.

   Dated:   **June 12, 2012**                /s/ Gary S. Austin
                                         UNITED STATES MAGISTRATE JUDGE

CAMPAGNE, CAMPAGNE & LERNER
A PROF. CORP.
AIRPORT OFFICE CENTER
1685 NORTH HELM AVENUE
FRESNO, CALIFORNIA 93727
TELEPHONE (559) 255-1637
FAX (559) 252-9617

SECOND STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Page 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

T.E. CAMPAGNE & ASSOC.
A PROF. CORP.
AIRPORT OFFICE CENTER
1685 NORTH HELM AVENUE
FRESNO, CALIFORNIA 93727
TELEPHONE **(559) 255-1637**
FAX (559) 252-9617

**SECOND STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**