1  K. Randolph Moore, SBN 106933
2  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
3  332 North Second Street
   San Jose, California  95112
4  Telephone (408) 298-2000
   Facsimile (408) 298-6046
5  Email:  tanya@moorelawfirm.com

6  Attorneys for Plaintiff
   Ronald Moore

7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10

11 | RONALD MOORE,                     ) No.  1:12-cv-00560-LJO-GSA
12 |                                   )
   |         Plaintiff,                ) **STIPULATION FOR DISMISSAL OF**
13 |                                   ) **MAI HUYNH LUONG DBA MAY'S CAFÉ**
   |    vs.                            ) **FOOD TO GO; [PROPOSED] ORDER**
14 |                                   )
15 | CHARLIE & LEE, INC., et al.,      )
   |                                   )
16 |         Defendants.               )
17 | _____   )

18

19      IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendant

20 Mai Huynh Luong dba May's Café Food To Go, the parties to this action, by and through their

21 respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Defendant

22 Mai Huynh Luong dba May's Café Food To Go is hereby dismissed from this action with

23 prejudice.

24 Date: June 26, 2012                          MOORE LAW FIRM, P.C.

25

26                                              /s/Tanya E. Moore
                                                Tanya E. Moore
27                                              Attorney for Plaintiff Ronald Moore

28 ///

---

*Moore v. Charlie & Lee, Inc., et al.*
Stipulation for Dismissal of Mai Huynh Luong dba May's Café Food To Go; [Proposed] Order
Page 1

| | | |
|---|---|---|
| 1 | Date: June 26, 2012 | CAMPAGNE, CAMPAGNE & LERNER |

/s/ Mary F. Lerner
Mary F. Lerner
Attorneys for Defendant Mai Huynh Luong
dba May's Café Food To Go

**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that ONLY Defendant Mai Huynh Luong dba May's Café Food To Go is hereby dismissed from this action with prejudice.

The clerk is directed NOT to close this action.

IT IS SO ORDERED.

Dated:   **June 26, 2012**           /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE

*Moore v. Charlie & Lee, Inc., et al.*
Stipulation for Dismissal of Mai Huynh Luong dba May's Café Food To Go; [Proposed] Order
Page 2