K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | No. 1:12-cv-00560-LJO-GSA |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF MAI HUYNH LUONG DBA MAY'S CAFÉ FOOD TO GO; [PROPOSED] ORDER** |
| vs. | |
| CHARLIE & LEE, INC., et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendant Mai Huynh Luong dba May's Café Food To Go, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Defendant Mai Huynh Luong dba May's Café Food To Go is hereby dismissed from this action with prejudice.

Date: June 26, 2012                                      MOORE LAW FIRM, P.C.


                                                          /s/Tanya E. Moore
                                                          Tanya E. Moore
                                                          Attorney for Plaintiff Ronald Moore
///

*Moore v. Charlie & Lee, Inc., et al.*
Stipulation for Dismissal of Mai Huynh Luong dba May's Café Food To Go; [Proposed] Order
Page 1

1  Date: June 26, 2012                                         CAMPAGNE, CAMPAGNE & LERNER

                                                /s/ Mary F. Lerner
                                                Mary F. Lerner
                                                Attorneys for Defendant Mai Huynh Luong
                                                dba May's Café Food To Go

## ORDER

The parties having so stipulated,

IT IS HEREBY ORDERED that ONLY Defendant Mai Huynh Luong dba May's Café Food To Go is hereby dismissed from this action with prejudice.

The clerk is directed NOT to close this action.

IT IS SO ORDERED.

Dated:   **June 26, 2012**                       **/s/ Lawrence J. O'Neill**
                                                 UNITED STATES DISTRICT JUDGE

*Moore v. Charlie & Lee, Inc., et al.*
Stipulation for Dismissal of Mai Huynh Luong dba May's Café Food To Go; [Proposed] Order
Page 2