K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>            Plaintiff,<br><br>     vs.<br><br>CHARLIE & LEE, INC., et al.,<br><br>            Defendants. | No.  1:12-CV-00560-LJO-GSA<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendants Charlie & Lee, Inc. dba Sunshine Food Mart aka Sunshine Foods, Charlie Lao, Lee Wou, Binh Hoa Mac and Xing Wang Lai dba Fresno Seafood Co. ("Defendants"), the remaining parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: July 5, 2012                                                           MOORE LAW FIRM, P.C.


                                                                              /s/Tanya E. Moore
                                                                              Tanya E. Moore
                                                                              Attorneys for Plaintiff Ronald Moore


*Moore v. Charlie & Lee, Inc., et al.*
Stipulation for Dismissal of Action; [Proposed Order]

| | |
|---|---|
| Date: July 5, 2012 | WILLIAMS, JORDAN, BRODERSEN & PRITCHETT LLP |
| | /s/ Thomas C. Brodersen<br>Thomas C. Brodersen<br>Attorneys for Defendants Charlie & Lee, Inc. dba Sunshine Food Mart aka Sunshine Foods, Charlie Lao, Lee Wou, Binh Hoa Mac and Xing Wang Lai dba Fresno Seafood Co. |

**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:   **July 5, 2012**                    **/s/ Lawrence J. O'Neill**
                                             UNITED STATES DISTRICT JUDGE

*Moore v. Charlie & Lee, Inc., et al.*
Stipulation for Dismissal of Action; [Proposed Order]
Page 2